C. E. Andrews, appellant, v. C. A. Thrift, appellee.   Gen. No. 8,289.

Opinion filed June 11, 1929.   Rehearing denied October 9, 1929. ,
Arthur O. Frazier, for appellant.   Emanual Rosenberg, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.

Ray Bitner, defendant in error, v. Gerald Brown, by C. D. Brown, his next friend, plaintiff in error.   Gen. No. 8,309.

Opinion filed June 11, 1929.
A. C. & Ben F. Anderson, for plaintiff in error.   J. B. Lane, Brewer & Grant, for defendant in error.
Mr. Justice Shurtleff delivered the opinion of the court.

Nellie Barr Flickner, appellee, v. Hanna Barr, appellant.   Gen. No. 8,312.

Opinion filed June 11, 1929.
Jay Stough, Justin K. Orvis and Frank C. Van Sellar, for appellant.   O'Hair & McClain, for appellee.
Mr. Justice Shurtleff delivered the opinion of the court.

Catherine Knox, executrix of the last will and testament of Isabelle Cooney, deceased, appellant, v. William Maher and Pleasant Plains State Bank, appellees.   Gen. No. 8,319.

Opinion filed June 11, 1929.
A. M. Fitzgerald, H. C. Moore and Barber & Barber, for appellant.
O. B. Irwin and Doyle, Sampson & Griffin, for appellees.
Mr. Justice Shurtleff delivered the opinion of the court.

Frank B. Coleman et al., appellants, v. Robert R. Doherty et al., appellees.   Gen. No. 8,323.

Opinion filed June 11, 1929.
William and Barry Mumford, for appellants.   C. C. Worthy and Clark, Munts & Young, for appellees.
Mr. Justice Shurtleff delivered the opinion of the court.